Raymond MARTINEAU

v.

John MORAN.

No. 82–167–M.P.

Supreme Court of Rhode Island.

April 29, 1982.

Raymond Martineau, pro se.

ORDER

The respondent is directed to file his answer to the petition for writ of habeas

corpus and therein to *show cause*, if any he has, why the writ should not issue as prayed, said answer to be made in compliance with the provisions of Supreme Court Rule 14.